<u>Appendix XII-B1</u>



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE:  ☐ CK  ☐ CG  ☐ CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Jack N. Frost, Jr., Esq. | (973) 549-7000 | Middlesex |
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available) |
| Drinker Biddle & Reath, LLP | | L-0623-17 AS |
| OFFICE ADDRESS | | DOCUMENT TYPE |
| 600 Campus Drive Florham Park, New Jersey 07932-1047 | | Answer to Complaint |
| | | JURY DEMAND  ■ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Johnson & Johnson | Marie Bond Macy and Jack Macy v. Brenntag North America, Inc., et al. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |
|---|---|---|
| 601 | ☐ YES  ☐ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?  ☐ YES  ■ NO | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES  ■ NO | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)  ☐ NONE  ■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | | | |
|---|---|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ■ NO | IF YES, IS THAT RELATIONSHIP:  ☐ EMPLOYER/EMPLOYEE  ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR  ☐ BUSINESS | ☐ OTHER (explain) |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | | | ☐ YES  ■ NO |

| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION |
|---|
| |

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES  ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?  ☐ YES  ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: _____

Effective 12-07-2015, CN 10517-English                                                                                                      page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 288  PRUDENTIAL TORT LITIGATION
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category   ☐ Putative Class Action   ☐ Title 59

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, NJ 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
Johnson & Johnson

RECEIVED & FILED
2017 MAR 21  PM 2:28
MASS TORT CIVIL DIV #2
MIDDLESEX VICINAGE

| | |
|---|---|
| MARIE BOND MACY and JACK MACY,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: L-0623-17 AS<br>ASBESTOS LITIGATION<br><br>CIVIL ACTION<br><br>**NOTICE OF ADOPTION OF STANDARD ANSWER TO THE COMPLAINT, SEPARATE DEFENSES, ANSWER TO ALL CROSSCLAIMS, DEMAND FOR INTERROGATORY ANSWERS, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL OF JOHNSON & JOHNSON** |

Defendant, Johnson & Johnson, by its attorneys, Drinker Biddle & Reath LLP, hereby adopts in the above-entitled cause of action its Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand for Interrogatory Answers and Jury Demand, filed with the Superior Court, Law Division, Middlesex County, pursuant to the Order of the Honorable Thomas B. Mannion dated May 5, 1989 relating to "In Re Asbestos Litigation venued in Middlesex County."

I hereby certify that a copy of the within Answer was served within the time prescribed by Rule 4:6-1, et seq. of the rules governing the Courts of the State of New Jersey.

I hereby certify, pursuant to Rule 4:5-1, that upon information and belief, this matter is

not the subject of any other action pending in any court of Arbitration proceeding; and there are no additional parties who should be joined in this action.

DATED: March 16, 2017

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

By: _____
Stephen R. Long
Jack N. Frost, Jr.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the Court is advised that Stephen R. Long, Esq. and Jack N. Frost, Jr. are hereby designated as trial counsel.

|  |  |
|---|---|
|  | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendant,<br>Johnson & Johnson |
| DATED: March 16, 2017 | By: _____<br>Stephen R. Long<br>Jack N. Frost, Jr. |

## JURY DEMAND

Defendant Johnson & Johnson, demands a trial by jury as to all issues so triable herein.

                                                                DRINKER BIDDLE & REATH LLP
                                                                 Attorneys for Defendant,
                                                                Johnson & Johnson

DATED: March 16, 2017                 By: _____
                                                                   Stephen R. Long
                                                                   Jack N. Frost, Jr.

## DEMAND FOR INTERROGATORY ANSWERS

This defendant hereby demands that plaintiffs' answer Standard Interrogatories Form A. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

This defendant hereby demands that all defendants answer Standard Interrogatories Form B. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

                                DRINKER BIDDLE & REATH LLP
                                Attorneys for Defendant,
                                Johnson & Johnson

DATED: March 16, 2017              By: _____
                                                   Stephen R. Long
                                                   Jack N. Frost, Jr.

## CERTIFICATION

This will certify that defendant, Johnson & Johnson, served its Notice of Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand for Interrogatory Answers, Jury Demand and Designation of Trial Counsel, within the time prescribed by the Rules of Court. This will certify that insofar as this defendant is aware, the matter in controversy in this case is not the subject of any other action or proceeding before any Court or arbitration panel, and that pending discovery, this party is unaware of the identity of any other parties who should be joined in this action.

DATED: March 16, 2017

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

By: _____
    Stephen R. Long
    Jack N. Frost, Jr.

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendant,
Johnson & Johnson

RECEIVED & FILED
2017 MAR 21 PM 2:28
MASS TORT CIVIL DIV #2
MIDDLESEX VICINAGE

| MARIE BOND MACY and JACK MACY, Plaintiffs, vs. BRENNTAG NORTH AMERICA, INC.., et al., Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY DOCKET NO: L-0623-17 AS ASBESTOS LITIGATION  CIVIL ACTION  **CERTIFICATE OF SERVICE** |
|---|---|

I, Bethany Bollerman, employed as a legal assistant by the firm of Drinker Biddle & Reath, LLP, 600 Campus Drive, Florham Park, New Jersey 07932, attorneys for defendant, Johnson & Johnson, did cause a copy of the within Notice of Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand For Interrogatory Answers, Jury Demand and Designation of Trial Counsel and Case Information Statement to be served upon counsel for the plaintiff via first class mail and all defense counsel via e-mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Bethany Bollerman*
Bethany Bollerman

DATED: March 16, 2017

88129006.1

7

## Marie Bond Macy and Jack Macy v. Brenntag North America, Inc., et al.

Docket No. MID-L-0623-17 AS

Johnson & Johnson
Service List

| Attorney for Plaintiff: | Robert Lytle, Esq.<br>Szaferman Lakind Blumstein & Blader, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648 |
|---|---|
| | Leah C. Kagan, Esq.<br>Simon Greenstone Panatier Bartlett, P.C.<br>3780 Kilroy Airport Way, Suite 540<br>Long Beach, CA 90806, NJ 08648 |

Attorney for Defendant(s):

| Brenntag Specialties, Inc.<br>Brenntag North America, Inc. | Ronald E. Hurst, Esq.<br>Albert L. Piccerilli, Esq.<br>Montgomery McCracken Walker Rhoads, LLP<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-2220 |
|---|---|
| Colgate-Palmolive Company | Gary D. Van Lieu, Esq.<br>Joshua Lichtenstein, Esq.<br>O'Toole Fernandez, Weiner & Van Lieu LLC<br>60 Pompton Avenue<br>Verona, NJ 07044 |
| Cyprus Amax Minerals Co.<br>Imerys Talc America, Inc | John C. McMeekin II, Esq.<br>Linda Dobbins, Esq.<br>Rawle & Henderson<br>One South Penn Square<br>1339 Chestnut Street, 16th Floor<br>Philadelphia, PA 19107 |
| Valeant Pharmaceuticals International<br>Valeant Pharmaceuticals North America LLC | Aaaron Van Nostrand, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932-0677 |
| Whittaker Clark & Daniels, Inc. | Marc S. Gaffrey, Esq.<br>Jason R. Gosnell, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas. LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 |

88129061.1

John C. Garde, Esq. – N.J. Attorney ID #014171986
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973)-622-4444
Attorneys for Defendants, Johnson & Johnson

> SUPERIOR COURT
> MIDDLESEX COUNTY
> RECEIVED & FILED
> NOV 21 2018
> DEPUTY CLERK
> OF SUPERIOR COURT

| | |
|---|---|
| MARIE BOND MACY AND JACK MACY,<br><br>Plaintiffs,<br><br>v.<br><br>BRENNTAG NORTH AMERICA, ET AL.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO. MID-L-0623-17AS<br>CIVIL ACTION<br><br>**ASBESTOS LITIGATION**<br><br>**SUBSTITUTION OF COUNSEL ON BEHALF OF JOHNSON & JOHNSON** |

The undersigned hereby consent to the substitution of McCarter English, LLP for Drinker, Biddle & Reath, LLP as attorneys for Defendant Johnson & Johnson, in the above captioned matter.

**DRINKER BIDDLE & REATH LLP**
Withdrawing Attorney

By: _____
Jack N. Frost, Jr.

Dated: 11/11/18

**McCARTER & ENGLISH, LLP**
Superseding Attorney

By: _____
John C. Garde
A Member of the Firm

Dated: 11/1/

ME1 27449981v.1
ME1 27450044v.1