Judiciary eCourts System - Civil Part

- Home
- Help
- Logout

# CASE JACKET
User: JOHN GARDE

- No events found

Docket Number: MID L 000623 - 17

Back                                       Create Summary Report

Case Caption: Bond Macy Marie Vs Brenntag North America Inc

| | | |
|---|---|---|
| Court: Civil Part | Venue: Middlesex | Case Initiation Date: 01/31/2017 |
| Case Type: Asbestos | Case Status: Active | Jury Demand: 6 Jurors |
| Case Track: 4 | Judge: Ana C Viscomi | Team: 5 |
| # of Discovery Days: 450 | Age of Case: 02 YR 02 MO | Consolidated Case: N |
| Original Discovery End Date: 05/23/2018 | Current Discovery End Date: 05/23/2018 | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: No |

| Plaintiffs (2) | Defendants (9) | Case Proceedings (68) | ACMS Documents (148) | Fees (148) |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 01/31/2017 | 001 | COMP JRY DEMAND | BOND MACY | | | | | |
| 01/31/2017 | 002 | CERTIFICTN | BOND MACY | | | | | |
| 01/31/2017 | 003 | CERTIFICTN | BOND MACY | | | | | |
| 02/28/2017 | 004 | ANS CROSS&JRYD | BRENNTAG SPECIALTIES | | | | | |
| 03/01/2017 | 005 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 006 | CERTIFICTN | BOND MACY | | | | | |
| 03/01/2017 | 007 | PRF MAIL | BOND MACY | | | | | |
| 03/01/2017 | 008 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 009 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 010 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 011 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 012 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/01/2017 | 013 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 03/09/2017 | 014 | ANS CROSS&JRYD | WHITTAKER CLARK & DA | | | | | |
| 03/09/2017 | 015 | CERTIFICTN | WHITTAKER CLARK & DA | | | | | |
| 03/09/2017 | 016 | ANS CROSS&JRYD | CYPRUS AMAX MINERALS | | | | | |
| 03/09/2017 | 017 | ANS CROSS&JRYD | IMERYS TALC AMERICA | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2017 | 018 | ORDR DISCOVERY | BOND MACY | GR | | | | | |
| 03/17/2017 | 026 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 027 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 028 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 029 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 030 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 031 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/17/2017 | 032 | ORD AD PR HC VC | BOND MACY | GR | | | | | |
| 03/20/2017 | 019 | ANS CROSS&JRYD | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 020 | CERTIFICTN | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 021 | CERTIFICTN | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 022 | ANS CROSS&JRYD | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 023 | CERTIFICTN | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 024 | CERTIFICTN | VALEANT PHARMACEUT | | | | | | |
| 03/20/2017 | 025 | ANS CROSS&JRYD | COLGATE PALMOLIVE CO | | | | | | |
| 03/21/2017 | 033 | ANS JRY DEMAND | JOHNSON & JOHNSON | | | | | | |
| 03/21/2017 | 034 | CERTIFICTN | JOHNSON & JOHNSON | | | | | | |
| 03/21/2017 | 035 | PRF MAIL | JOHNSON & JOHNSON | | | | | | |
| 03/21/2017 | 036 | CAS MANG ORD | COURT INIT | GR | | | | | |
| 03/27/2017 | 037 | MTN AD PR HC VC | VALEANT PHARMACEUT | GR | | | | | |
| 03/31/2017 | 038 | ORD AD PR HC VC | VALEANT PHARMACEUT | GR | | | | | |
| 05/04/2017 | 039 | MOT PRT SUM JDG | VALEANT PHARMACEUT | GR | | | | | |
| 05/04/2017 | 040 | CERTIFICTN | VALEANT PHARMACEUT | | | | | | |
| 05/04/2017 | 041 | PRF MAIL | VALEANT PHARMACEUT | | | | | | |
| 05/04/2017 | 042 | MOT PRT SUM JDG | VALEANT PHARMACEUT | GR | | | | | |
| 05/23/2017 | 044 | MTN AD PR HC VC | BOND MACY | GR | | | | | |
| 05/26/2017 | 043 | MISC OTHR AFFID | BOND MACY | | | | | | |

4/18/2019     Case 19-01225-KCF    Doc 1-8    Filed 04/27/19    Entered 04/27/19 15:47:35    Desc
eCourts Civil Case Jacket
Exhibit D - Docket    Page 3 of 6

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 05/26/2017 | 045 | ORD AD PR HC VC | BOND MACY | GR | | | | |
| 06/09/2017 | 046 | ORD PAR SUM JUD | VALEANT PHARMACEUT | GR | | | | |
| 06/09/2017 | 047 | ORD PAR SUM JUD | VALEANT PHARMACEUT | GR | | | | |
| 08/07/2017 | 048 | CAS MANG ORD | COURT INIT | GR | | | | |
| 08/30/2017 | 049 | MISC OTHR AFFID | BOND MACY | | | | | |
| 09/15/2017 | 050 | MOT PRT SUM JDG | IMERYS TALC AMERICA | PR | | | | |
| 09/15/2017 | 051 | MISC BRIEF | IMERYS TALC AMERICA | | | | | |
| 09/15/2017 | 052 | CERTIFICTN | IMERYS TALC AMERICA | | | | | |
| 09/15/2017 | 053 | PRF MAIL | IMERYS TALC AMERICA | | | | | |
| 09/15/2017 | 054 | MOT PRT SUM JDG | CYPRUS AMAX MINERALS | GR | | | | |
| 09/15/2017 | 055 | MISC BRIEF | CYPRUS AMAX MINERALS | | | | | |
| 09/15/2017 | 056 | CERTIFICTN | CYPRUS AMAX MINERALS | | | | | |
| 09/15/2017 | 057 | PRF MAIL | CYPRUS AMAX MINERALS | | | | | |
| 09/15/2017 | 058 | MOT PRT SUM JDG | JOHNSON & JOHNSON | PR | | | | |
| 09/15/2017 | 059 | MISC BRIEF | JOHNSON & JOHNSON | | | | | |
| 09/15/2017 | 060 | CERTIFICTN | JOHNSON & JOHNSON | | | | | |
| 09/15/2017 | 061 | CERTIFICTN | JOHNSON & JOHNSON | | | | | |
| 09/15/2017 | 062 | PRF MAIL | JOHNSON & JOHNSON | | | | | |
| 09/15/2017 | 063 | MOT PRT SUM JDG | WHITTAKER CLARK & DA | GR | | | | |
| 09/15/2017 | 064 | PRF MAIL | WHITTAKER CLARK & DA | | | | | |
| 09/15/2017 | 065 | CERTIFICTN | WHITTAKER CLARK & DA | | | | | |
| 09/15/2017 | 066 | MISC BRIEF | WHITTAKER CLARK & DA | | | | | |
| 09/15/2017 | 067 | CERTIFICTN | WHITTAKER CLARK & DA | | | | | |
| 09/15/2017 | 068 | MOT PRT SUM JDG | COLGATE PALMOLIVE CO | WD | | | | |
| 09/15/2017 | 069 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 09/15/2017 | 070 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 09/15/2017 | 071 | MISC BRIEF | COLGATE PALMOLIVE CO | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 09/15/2017 | 072 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 11/03/2017 | 073 | MOT PRT SUM JDG | COLGATE PALMOLIVE CO | WD | | | | |
| 11/03/2017 | 074 | MISC BRIEF | COLGATE PALMOLIVE CO | | | | | |
| 11/03/2017 | 075 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 11/03/2017 | 076 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 12/05/2017 | 077 | OBJECT MOTION | BOND MACY | | | | | |
| 12/05/2017 | 078 | OBJECT MOTION | BOND MACY | | | | | |
| 12/07/2017 | 079 | OBJECT MOTION | BOND MACY | | | | | |
| 12/07/2017 | 080 | OBJECT MOTION | BOND MACY | | | | | |
| 12/11/2017 | 081 | MISC BRIEF | JOHNSON & JOHNSON | | | | | |
| 12/11/2017 | 082 | CERTIFICTN | JOHNSON & JOHNSON | | | | | |
| 12/11/2017 | 083 | PRF MAIL | JOHNSON & JOHNSON | | | | | |
| 12/11/2017 | 084 | MISC BRIEF | WHITTAKER CLARK & DA | | | | | |
| 12/11/2017 | 085 | MISC BRIEF | IMERYS TALC AMERICA | | | | | |
| 12/11/2017 | 086 | PRF MAIL | IMERYS TALC AMERICA | | | | | |
| 12/11/2017 | 087 | MISC BRIEF | CYPRUS AMAX MINERALS | | | | | |
| 12/11/2017 | 088 | PRF MAIL | CYPRUS AMAX MINERALS | | | | | |
| 12/18/2017 | 089 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 12/18/2017 | 090 | PRF MAIL | BOND MACY | | | | | |
| 12/18/2017 | 091 | CERTIFICTN | BOND MACY | | | | | |
| 12/18/2017 | 092 | CERTIFICTN | BOND MACY | | | | | |
| 12/19/2017 | 093 | ORD AD PR HC VC | BOND MACY | GR | | | | |
| 01/09/2018 | 094 | OBJECT MOTION | BOND MACY | | | | | |
| 01/22/2018 | 095 | MTN AD PR HC VC | BOND MACY | GR | | | | |
| 01/22/2018 | 096 | CERTIFICTN | BOND MACY | | | | | |
| 01/22/2018 | 097 | CERTIFICTN | BOND MACY | | | | | |
| 01/22/2018 | 098 | PRF MAIL | BOND MACY | | | | | |
| 01/31/2018 | 099 | MTN AD PR HC VC | COLGATE PALMOLIVE CO | GR | | | | |
| 01/31/2018 | 100 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 01/31/2018 | 101 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 01/31/2018 | 103 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 01/31/2018 | 104 | CERTIFICTN | COLGATE PALMOLIVE CO | | | | | |
| 02/05/2018 | 102 | ORD AD PR HC VC | COLGATE PALMOLIVE CO | GR | | | | |
| 02/09/2018 | 107 | MTN AD PR HC VC | COLGATE PALMOLIVE CO | GR | | | | |
| 02/12/2018 | 105 | MISC BRIEF | COLGATE PALMOLIVE CO | | | | | |
| 02/12/2018 | 108 | ORD AD PR HC VC | COLGATE PALMOLIVE CO | GR | | | | |
| 02/15/2018 | 106 | MISC OTHR AFFID | COLGATE PALMOLIVE CO | | | | | |
| 02/16/2018 | 109 | ORD AD PR HC VC | BOND MACY | GR | | | | |
| 03/13/2018 | 110 | MTN AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 03/20/2018 | 111 | MOTN EXTND DISC | JOHNSON & JOHNSON | WD | | | | |
| 03/26/2018 | 112 | MTN AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 03/27/2018 | 113 | MTN AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 03/29/2018 | 114 | ORD AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 04/10/2018 | 115 | PART STIP DISM | BRENNTAG SPECIALTIES | | | | | |
| 04/10/2018 | 116 | VOL DISM | BRENNTAG NA INC | | | | | |
| 04/13/2018 | 117 | ORD AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 04/13/2018 | 118 | ORD AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 04/18/2018 | 119 | LTTR MEMRD | JOHNSON & JOHNSON | | | | | |
| 04/30/2018 | 120 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 121 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 122 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 123 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 124 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 125 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 126 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 127 | MISC OTHR AFFID | BOND MACY | | | | | |
| 04/30/2018 | 128 | MISC OTHR AFFID | BOND MACY | | | | | |
| 05/24/2018 | 130 | ORDR DISMISSAL | BRENNTAG NA INC | GR | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2018 | 129 | ORDR MISC | BRENNTAG SPECIALTIES | GR | | | | | |
| 06/21/2018 | 131 | ORD PAR SUM JUD | CYPRUS AMAX MINERALS | GR | | | | | |
| 06/21/2018 | 132 | ORD PAR SUM JUD | IMERYS TALC AMERICA | PR | | | | | |
| 06/21/2018 | 133 | ORD PAR SUM JUD | JOHNSON & JOHNSON | PR | | | | | |
| 06/21/2018 | 134 | ORD PAR SUM JUD | WHITTAKER CLARK & DA | GR | | | | | |
| 06/21/2018 | 135 | MOTN CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 136 | ORDR CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 137 | MOTN CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 138 | ORDR CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 139 | MOTN CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 140 | ORDR CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 141 | MOTN CONFIDENTL | BOND MACY | DN | | | | | |
| 06/21/2018 | 142 | ORDR CONFIDENTL | BOND MACY | DN | | | | | |
| 07/06/2018 | 143 | NOTC APPEARANCE | JOHNSON & JOHNSON | | | | | | |
| 10/11/2018 | 144 | PART STIP DISM | COLGATE PALMOLIVE CO | | | | | | |
| 10/25/2018 | 145 | ORDR DISMISSAL | COLGATE PALMOLIVE CO | GR | | | | | |
| 11/21/2018 | 146 | MISC SUB ATTY | JOHNSON & JOHNSON | | | | | | |
| 02/25/2019 | 147 | NOTC BANKRUPCY | IMERYS TALC AMERICA | | | | | | |
| 04/01/2019 | 148 | MOTN DISMISSAL | BOND MACY | PH | | | | | |

Showing 1 to 148 of 148 entries