| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

**MCCARTER & ENGLISH, LLP**
John C. Garde
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jgarde@mccarter.com
Attorneys for Defendants Johnson & Johnson

**In Re:**
**Imerys Talc America, Inc.**

**Chapter 11**
**Lead Case No. 19-10289-LSS**
**District of Delaware**

**SUPERIOR COURT OF NEW JERSEY**
**Law Division: Middlesex County**
**Docket No.: MID-L-00623-17 AS**

MARIE    BOND    MACY    and
JACK MACY,

Plaintiffs,

v.

BRENNTAG NORTH AMERICA, INC. (sued
  individually and as successor-in-interest to
  MINERAL PIGMENT SOLUTIONS, INC. and
  as successor-in-interest to WHITTAKER,
  CLARK & DANIELS, INC.);
BRENNTAG SPECIALTIES, INC. f/k/a
MINERAL PIGMENT SOLUTIONS, INC. (sued
  individually and as successor-in-interest to
  WHITTAKER CLARK & DANIELS, INC.);
COLGATE-PALMOLIVE COMPANY;
CYPRUS AMAX MINERALS COMPANY
  (sued individually, doing business as, and as
  successor to METROPOLITAN TALC CO.
  INC. and CHARLES MATHIEU INC. and
  SIERRA TALC COMPANY and UNITED
  TALC COMPANY);
IMERYS TALC AMERICA, INC. (sued
  individually and as successor-in-interest to.
  LUZENAC AMERICA, INC. successor-in-
  interest to CYPRUS INDUSTRIAL

MINERALS COMPANY);
JOHNSON & JOHNSON;
PERRIGO COMPANY;
VALEANT PHARMACEUTICALS
INTERNATIONAL CORPORATION;
VALEANT PHARMACEUTICALS NORTH
AMERICA LLC;
WHITTAKER CLARK & DANIELS, INC.;
JOHN DOE CORPORATIONS
1-50 (fictitious);

Defendants.

## CERTIFICATION OF SERVICE

1.    I, John C. Garde, am a Member of the firm of McCarter & English, LLP counsel for Defendant(s) Johnson & Johnson and Johnson Consumer Inc.in the above-captioned matter.

2.    On April 27, 2019, I sent a copy of Notice of Removal with supporting documents to the parties listed on the following counsel list.

3.    I hereby certify under penalty of perjury that the above documents were served by electronic mail and regular mail by no later than the next business day to the parties listed on following page.

Dated:  April 27, 2019

By:  */s/ John C. Garde*
John C. Garde

ME1 30284742v.1

**PARTIES OF RECORD**

| Attorney for Plaintiff(s): | Robert E. Lytle, Esq.<br>**Szaferman Lakind Blumstein & Blader, P.C.**<br>101 Grovers Mill Rd #200<br>Lawrence Township, NJ 08648<br>RLytle@szaferman.com<br>**Counsel for Plaintiff**<br><br>Leah Kagan, Esq<br>**Simon Greenstone Panatier**<br>3232 McKinney Ave<br>Suite 610<br>Dallas TX, 75204<br>214.276.7680<br>lkagan@sgptrial.com<br>**Counsel for Plaintiff** |
|---|---|

| Attorney for Defendant(s): | John C. Garde<br>**MCCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br>Email: jgarde@mccarter.com<br>Attorneys for Defendants Johnson & Johnson |
|---|---|
| Attorney for Defendant(s): | Ronald Edward Hurst, Esq.<br>**Montgomery McCracken Walker Rhoads LLP**<br>Liberty View, Suite 600<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 488-7700<br>rhurst@mmwr.com<br>Mmwr_asbestos@mmwr.com<br>**Counsel for Brenntag North America, Inc.; Brenntag Specialties, Inc** |

3

| Attorney for Defendant(s): | Aaron Van Nostrand, Esq. |
|---|---|
| | **Greenberg Traurig, LLP** |
| | Terminus 200 |
| | 3333 Piedmont Road NE |
| | Suite 2500 |
| | Atlanta, GA 30305 |
| | 678.553.2365 |
| | VANNOSTRANDA@GTLAW.COM |
| | **Counsel for Valeant Pharmaceuticals, Intl.; Valeant Pharmaceuticals LLC.** |
| Attorney for Defendant(s): | John C. McMeekin II, Esq. |
| | **Rawle & Henderson LLP** |
| | Windener Building |
| | One South Penn Square |
| | 1339 Chestnut Street, 16th Floor |
| | Philadelphia, PA 19107 |
| | Phone: (215) 575-4200 |
| | Fax: (215) 563-2583 |
| | jmcmeekin@rawle.com |
| | njasbestos@rawle.com |
| | **Counsel for Cyprus Amax Minerals Company; Imerys Talc America Inc.** |
| Attorney for Defendant(s): | Leslie E. Lombardy, Esq. |
| | **O'Toole Scrivo Fernandez Weiner Van Lieu, LLC** |
| | 14 Village Park Road |
| | Cedar Grove, New Jersey 07009 |
| | (973) 239-5700 |
| | Phone: 973.239.5700 |
| | Fax: 973.239.3400 |
| | asbestos@oslaw.com |
| | **Counsel for Colgate Palmolive Co.** |
| Attorney for Defendant(s): | Marc S. Gaffrey, Esq. |
| | **Hoagland, Longo, Moran, Dunst & Doukas, LLP** |
| | 40 Patterson Street |
| | P.O. Box 480 |
| | New Brunswick, NJ 08903 |

4

| | 732-545-4717<br>hoagland-asbestos@hoaglandlongo.com<br>mgaffrey@hoaglandlongo.com<br><br>**Counsel for Whittaker, Clark & Daniels, Inc.** |
|---|---|

5

ME1 30284742v.1